# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-CR-00317-JLS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |
| v. | |
| PAOLA LIZETH ALVAREZ FLORES, | |
| Defendant. | |

   The plaintiff, United States of America, and Paola Lizeth Alvarez Flores, by and through her counsel, Joanna J. Martin, have filed a joint motion to continue the March 18, 2022 Motion Hearing and Trial Setting.

   Good cause shown, the Court grants the motion and resets the Motion Hearing and Trial Setting for April 22, 2022 at 1:30 p.m. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A).

   IT IS SO ORDERED.
Dated: March 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge